PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Tafary Clervil                                  Docket No. 2:11CR811-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jonathan Muller PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Tafary Clervil, who was placed under pretrial release supervision by the Honorable Joseph A. Dickson, sitting in the Court at Newark, on September 28, 2011, under the following conditions: $100,000 unsecured appearance bond, co-signed by his mother who was also appointed third party custodian; reporting to Pretrial Services; travel restricted to New Jersey unless approved in advance; surrender passport and do not apply for a new one; substance abuse testing and treatment; maintain current residence; home incarceration with electronic monitoring; no association with any gang members.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER the defendant's bail be modified to home detention with location monitoring.

| ORDER OF COURT | |
|---|---|
| Considered and ordered this 3rd day of Jan 2013 and ordered filed and made a part of the records in the above case. | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on 12/26/2012 |
| Honorable Jose L. Linares<br>United States District Judge | Jonathan Muller, Supervisory<br>United States Pretrial Services Officer |