# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Tafary Clervil**                                    Docket No. **2:11CR811-001**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW **Daniel Milne** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Tafary Clervil**, who was placed under pretrial release supervision by the **Honorable Joseph A. Dickson** sitting in the Court at Newark, on September 28, 2011, under the following conditions: $100,000 unsecured appearance bond, co-signed by the defendant's mother who was also appointed as third party custodian; reporting to Pretrial Services; travel restricted to New Jersey unless approved in advance; surrender passport and do not apply for a new one; substance abuse testing and treatment; maintain current residence; home incarceration with location monitoring; no association with any gang members.

      On January 3, 2013, an Order was signed by United States Magistrate Judge Dickson modifying the defendant's location monitoring condition to home detention. On May 13, 2013, a Consent Order was signed by Your Honor modifying the defendant's location monitoring condition to a curfew between 8:00 p.m. and 6:00 a.m. On October 21, 2013, the defendant's location monitoring condition was removed after Your Honor signed a Consent Order.

      The defendant is pending sentencing before Your Honor.

      Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **a Bail Review Hearing be scheduled.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this  11th  day of  August , 2014 and ordered filed and made a part of the records in the above case. | Executed on  8/11/14 |
| _____ Honorable Jose L. Linares United States District Judge | _____ Daniel Milne United States Pretrial Services Officer |